RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 10/21/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| CAROL ANN SHORT AND ALLEN SHORT | CIVIL ACTION NO. 6:10-cv-00117 |
| VERSUS | JUDGE HAIK |
| CHRYSLER GROUP, L.L.C. AND CORORATIONS X | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that defendant Chrysler Group LLC's motion to dismiss (Rec. Doc. 10) is granted, and the plaintiffs' claims against Chrysler are dismissed for lack of jurisdiction.

Lafayette, Louisiana, this 21st day of October, 2010.

Richard T. Haik
United States District Judge